1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TELLY ALLEN,                                No.  2:20-cv-02396-KJM-JDP (PC)

12                    Plaintiff,

13           v.                                    ORDER

14    HARIS,

15                    Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided

19    by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On July 22, 2021, the magistrate judge filed findings and recommendations, which were

21    served on plaintiff and which contained notice to plaintiff that any objections to the findings and

22    recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the

23    findings and recommendations.

24           The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed July 22, 2021, are adopted in full;

5            2.  This action is dismissed for failure to prosecute, failure to comply with court orders,

6    and failure to state a claim for the reasons set forth in the February 3, 2021 order; and

7            3.  The Clerk of Court is directed to close this case.

8    DATED:  August 20, 2021.

9

10   _____
     CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28